## UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF LOUISIANA
### SHREVEPORT DIVISION

**MARCUS CARTER**                                      **CIVIL ACTION NO. 23-311-P**

**VERSUS**                                                    **JUDGE TERRY A. DOUGHTY**

**STEVE PRATOR, ET AL.**                          **MAGISTRATE JUDGE HORNSBY**

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge [Doc. No. 13]  previously filed herein, and after an independent review of the record, and noting the lack of written objections filed by Plaintiff, and determining that the findings are correct under the applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's Complaint [Doc. No. 1] is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

MONROE, LOUISIANA, on this 11th day of  July 2023.

**TERRY A DOUGHTY, JUDGE**
**UNITED STATES DISTRICT COURT**